# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RICHARD GENE GUY,

      Plaintiff,

v.                                     CV 12-0774 JCH/WPL

CORIZON, INC.,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed March 5, 2013. (Doc. 21) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed.  To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the Court construes Plaintiff's purported "Response to Defendant Corizon Inc.['s] Answer to Writ of Habeas Corpus" (Doc. 20) as an amended complaint; and

3) Plaintiff's claims against Defendants Department of Corrections and the GEO Group are dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2) and Federal Rule of Civil Procedure 12(b)(6).

_____
**UNITED STATES DISTRICT JUDGE**